THE GENEVA MINERAL SPRINGS COMPANY, Appellant, *v.* CHARLES A. STEELE, Respondent, Impleaded with Others.

*Geneva Mineral Springs Co.* v. *Steele,* 102 App. Div. 620, appeal dismissed.

(Argued February 26, 1906; decided February 27, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of Supreme Court in the fourth judicial department, entered March 11, 1905, which affirmed an order of Special Term denying plaintiff's motion to set aside the report of a referee and for a new trial.

The motion was made upon the grounds that the order appealed from was an intermediate one and so not appealable as of right to the Court of Appeals, and that permission to appeal had not been granted.

*William S. Moore* for motion.

*John Gillette* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.

---

JOSEPH FINN, Respondent, *v.* THE IRONCLAD MANUFACTURING COMPANY, Appellant.

*Finn* v. *Ironclad Mfg. Co.,* 99 App. Div. 625, affirmed.
(Argued February 14, 1906; decided March 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 6, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*John J. Kuhn* and *William N. Dykman* for appellant.

*James C. Cropsey* and *F. W. Catlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Absent: CULLEN, Ch. J. Not sitting: WILLARD BARTLETT, J.